■ In the Matter of COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, on Behalf of NICHOLAS A. and Others, Children Alleged to be Abused, Respondent, v ABIGAIL A., Appellant, et al., Respondent. [631 NYS2d 529] —In a proceeding pursuant to Family Court Act article 10, Abigail A. appeals from an order of disposition of the Family Court, Kings County (Pearce, J.), dated February 27, 1990, as amended by an order of the same court dated May 22, 1990, which, upon a fact-finding order of the same court dated June 26, 1989, made after a hearing finding, inter alia, that she had abused her children, placed three of the children in the custody of the Department of Social Services for a period of 12 months and placed one child in the custody of his natural father. The appeal from the order of disposition brings up for review the fact-finding order dated June 26, 1989.

■ In the Matter of COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, on Behalf of NICHOLAS A. and Others, Children Alleged to be Abused, Respondent, v ABIGAIL A., Respondent, and ADRIAN L., Appellant. [631 NYS2d 528] —In a proceeding pursuant to Family Court Act article 10, Adrian L. appeals from an order of disposition of the Family Court, Kings

County (Pearce, J.), dated January 25, 1990, which, upon a fact-finding order of the same court dated June 26, 1989, made after a hearing finding, *inter alia,* that he had abused Abigail A.'s children, placed three of the children in the custody of the Department of Social Services for a period of 12 months. The appeal from the order of disposition brings up for review the fact-finding order dated June 26, 1989.

Ordered that the appeal from the order of disposition is dismissed as academic, without costs or disbursements; and it is further,

Ordered that the fact-finding order is affirmed insofar as reviewed, without costs or disbursements.

We have reviewed the record and agree with the appellant's counsel that there are no nonfrivolous issues which could be raised on appeal *(see, Anders v California,* 386 US 738). O'Brien, J. P., Joy, Goldstein and Florio, JJ., concur.